UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No.: Crim. No. **24-621 (MEF)**

**UNITED STATES OF AMERICA**
           **Plaintiff**

v.

**HENYEL GUSTAVO SOSA DIAZ**

           **Defendant**

_____

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant, **Henyel Gustavo Sosa Diaz**, hereby **appeals** to the **United States Court of Appeals for the Third Circuit** from the judgment of conviction and sentence entered in this action on **November 5, 2025**, before the Honorable **Michael E. Farbiarz, U.S.D.J.**

Dated: **November 5, 2025**
Newark, New Jersey

Respectfully submitted,

/s/ **Genesis A. Peduto**
**Genesis A. Peduto, Esq.**
Counsel for Defendant
8512 Kennedy Boulevard, Suite One
North Bergen, NJ 07047
Tel: (201) 868-2240 | Email: LegalGPedutoEsq@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No.: Crim. No. **24-621 (MEF)**

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.

**HENYEL GUSTAVO SOSA DIAZ**

    **Defendant**

_____

### NOTICE OF MOTION FOR APPOINTMENT OF APPELLATE COUNSEL AND TO PROCEED IN FORMA PAUPERIS

PLEASE TAKE NOTICE that the undersigned moves before the Honorable **Michael E. Farbiarz, U.S.D.J.**, for an Order: (1) **appointing appellate counsel** for Mr. Sosa Diaz pursuant to **18 U.S.C. § 3006A** and **Fed. R. App. P. 24(a)**; and (2) permitting him to **proceed in forma pauperis** on appeal.

This motion is supported by the **Certification** below, the attached **Financial Affidavit (Exhibit A)**, and the **Proposed Order**.

Dated: **November 5, 2025**
/s/ **Genesis A. Peduto**
Counsel for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No.: Crim. No. **24-621 (MEF)**

**UNITED STATES OF AMERICA**
     **Plaintiff**
v.

**HENYEL GUSTAVO SOSA DIAZ**

    **Defendant**
_____

**CERTIFICATION IN SUPPORT OF MOTION**

1. On **November 5, 2025**, the Court imposed a sentence of **188 months'** imprisonment. Defendant timely noticed an appeal to the Third Circuit.
2. Defendant is **indigent** and unable to afford counsel on appeal or the costs associated with appellate litigation.
3. Appointment of counsel is warranted under **18 U.S.C. § 3006A(c) & (d)** and **Fed. R. App. P. 24(a)(1)**.
4. The issues on appeal will include, inter alia, **guideline application** and **reasonableness**, and are **not frivolous**.
5. Attached as **Exhibit A** is Defendant's executed **Financial Affidavit**.
6. Counsel respectfully requests entry of the attached **Proposed Order** appointing CJA counsel for the appeal and permitting IFP status.

Respectfully submitted,

/s/ **Genesis A. Peduto**
**Genesis A. Peduto, Esq.**
Counsel for Defendant

**Certificate of Service**
I certify that on **November 6, 2025**, this Motion, Exhibit A, and Proposed Order were filed via **ECF** and served on the **United States Attorney's Office**.

/s/ **Genesis A. Peduto**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No.: Crim. No. **24-621 (MEF)**

**UNITED STATES OF AMERICA**
    **Plaintiff**

v.

**HENYEL GUSTAVO SOSA DIAZ**

    **Defendant**
_____

# [PROPOSED] ORDER

The Court having reviewed Defendant's Motion for Appointment of Appellate Counsel and to Proceed In Forma Pauperis, and for good cause shown,

IT IS on this ___ day of _____, 2025, **ORDERED** that:

1. Defendant **may proceed in forma pauperis on appeal** pursuant to **Fed. R. App. P. 24(a)**; and
2. **Appellate counsel is appointed** for Defendant under the **Criminal Justice Act, 18 U.S.C. § 3006A**; and
3. The Clerk shall promptly transmit this Order to the **United States Court of Appeals for the Third Circuit**.

_____

Hon. **Michael E. Farbiarz**, U.S.D.J.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Case No.: Crim. No. **24-621 (MEF)**

**UNITED STATES OF AMERICA**
           **Plaintiff**

v.

**HENYEL GUSTAVO SOSA DIAZ**

           **Defendant**
_____

**EXHIBIT A – FINANCIAL AFFIDAVIT (INDIGENCY) – FOR APPEAL**

I, **Henyel Gustavo Sosa Diaz**, declare under penalty of perjury:

1. I am currently in federal custody. I have **no income** or assets available to pay appellate counsel or appellate fees/costs.
2. **Assets:** Cash/bank: $___0___ ; Real property: **None** ; Vehicles: **None** ; Other assets: **None**.
3. **Dependents:** ___2___ (names/ages): ANGEL MISAEL SOSA, AGE 4 & ELIFMACIEL SOSA, AGE 3.
4. **Debts/Obligations:** __NONE_____.
5. I request permission to **proceed in forma pauperis** and for **appointment of counsel** under **18 U.S.C. § 3006A**.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 5, 2025

_____

**/S/ Henyel Gustavo Sosa Diaz**

**Henyel Gustavo Sosa Diaz** (Defendant)
(If available) **BOP Register No.:** _____ | **Facility:** ESSEX COUNTY CORRECTIONAL FACILITY, NEWARK, NJ